No. 17,347.

GREGORY *v.* GREGORY.

(276 P. [2d] 750)

Decided November 22, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ISAAC MELLMAN, Mr. GERALD N. MELLMAN, Mr. CHARLES E. WILLIAMS, for plaintiff in error.

No appearance for defendant in error.